No. 10–8034.   SILVA-GAYTAN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 10–8039.   OLVERA-CAMPOS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 10–8045.   BENITEZ *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 10–8094.   HENDERSON *v.* DUMPHY ET AL.   C. A. 11th Cir. Certiorari denied.

No. 10–8102.   GUEITS *v.* KIRKPATRICK, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 10–8263.   HESTER *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 10–8318.   LETNER *v.* CALIFORNIA; and
No. 10–8427.   TOBIN *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 10–8335.   TAYLOR *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–8370.   ROLLINS *v.* WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 10–8403.   BARNETT *v.* SUPERIOR COURT OF CALIFORNIA, BUTTE COUNTY, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 10–8439.   PITCHFORD *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 10–8465.   WILLIAMS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 10–8516.   SEISMAN *v.* CONSUMER PROTECTION DIVISION OF THE OFFICE OF THE ATTORNEY GENERAL OF MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.